**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>      Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION, aka STARBUCKS COFFEE COMPANY, dba STARBUCKS STORE #7939, et al.;<br><br>      Defendants. | Case No. 1:15-cv-00991-SMS<br><br>ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br><br>(Doc. 7) |

On July 10, 2015, Plaintiff Hendrik Block and Defendant Mathews and Associates-2, LLC filed a stipulation extending time for Defendant to respond to the complaint on or before August 24, 2015 (28 days from the original due date of July 27, 2015). Doc. 6. Thereafter, on July 23, 2015, Plaintiff and Defendants Starbucks Corporation and Mathews and Associates-2, LLC filed a stipulation extending time for both Defendants to respond to the complaint on or before August 6, 2015. Doc. 7. Consequently, the latter stipulation reflects the parties' agreement to shorten the time by which Defendant Mathews and Associates-2, LLC must submit a response to the complaint, from August 24 to August 6, 2015.

To the extent the parties' July 23, 2015 stipulation is the second extension on stipulation for Defendant Mathews and Associates-2, LLC, the Court's approval is required. Local Rule 144(a).

Good cause appearing, the parties' July 23, 2015 stipulation is accepted and adopted as the Order of the Court.  Fed. R. Civ. P. 6(b)(1)(A).

IT IS SO ORDERED.

Dated:  **July 31, 2015**                              **/s/ Sandra M. Snyder**
                                                                         UNITED STATES MAGISTRATE JUDGE