UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>  Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION aka STARBUCKS COFFEE COMPANY, dba STARBUCKS STORE #7939; and MATHEWS AND ASSOCIATES-2, LLC,<br><br>  Defendants. | No. 1:15-cv-00991-DAD-SMS<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 22) |

On March 18, 2016, the parties submitted a stipulation and proposed order seeking to grant plaintiff leave to file a first amended complaint. (Doc. No. 22.) Pursuant to the stipulation of the parties and finding good cause, the court will grant plaintiff leave to file an amended complaint. Accordingly,

1. Plaintiff shall file his first amended complaint within five (5) days of this order; and
2. Defendants shall respond within fourteen (14) days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:  **March 21, 2016**

_____
UNITED STATES DISTRICT JUDGE

1