UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>             Plaintiff,<br><br>      v.<br><br>STARBUCKS CORPORATION, aka STARBUCKS COFFEE COMPANY, dba STARBUCKS STORE #7939, et al.,<br><br>             Defendants. | No.  1:15-cv-00991-DAD-SMS<br><br>ORDER DISMISSING DEFENDANT MATHEWS AND ASSOCIATES-2, LLC, ONLY<br><br>(Doc. No. 26) |

On March 30, 2016, the parties filed a joint stipulation dismissing defendant Mathews and Associates-2, LLC, with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 26.)  In light of this stipulation, defendant Mathews and Associates-2, LLC is hereby dismissed with prejudice and without an award of attorneys' fees and costs to either party.  S*ee* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).  This dismissal does not affect the status of the other remaining defendants in the action.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                                                 _____
                                                                                              UNITED STATES DISTRICT JUDGE

1