**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
ASHLEY N. ARNETT, SB# 305162
  E-Mail: Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
STARBUCKS CORPORATION

**MOORE LAW FIRM, P.C.**
Tanya E. Moore, SBN 206683
Zachary Best, SBN 166035
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: Tanya@moorelawfirm.com

Attorneys for Plaintiff, Hendrik Block

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>            Plaintiff,<br><br>    vs.<br><br>STARBUCKS CORPORATION, aka STARBUCKS COFFEE COMPANY, dba STARBUCKS STORE #7939; MATHEWS AND ASSOCIATES-2, LLC,<br><br>            Defendants. | CASE NO. 1:15-cv-00991-DAD-EPG<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>The Hon. Dale A. Drozd<br><br>Trial Date:        May 8, 2017 |

    1.    Defendant, STARBUCKS CORPORATION, and Plaintiff, HENDRIK BLOCK, (hereinafter the "parties") originally noticed expert Kim Blackseth's deposition for November 7, 2016. By agreement, the parties continued Kim Blackseth's deposition to December 1, 2016.

    2.    In the afternoon of November 29, 2016, the parties learned that Kim Blackseth was ill and would be hospitalized on December 1, 2016.

1

1       3.      The parties conferred with each other and with Kim Blackseth to continue Kim
2  Blackseth's deposition to January 18, 2017.
3       4.      As such, the parties mutually request that the court's scheduling order (Docket No.
4  17 ) be modified to reflect the following:
5           a.   Expert Discovery Deadline: January 31, 2017
6           b.   Dispositive Motion Hearing Deadline: June 16, 2017
7           c.   Pretrial Conference Deadline: August 28, 2017
8           d.   Trial Date: October 24, 2017

DATED: December 21, 2016            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     */s/ Ashley N. Arnett, Esq.*
        Shane Singh
        Ashley N. Arnett
        Attorneys for Defendants, STARBUCKS CORPORATION

DATED: December 21, 2016            **MOORE LAW FIRM, P.C.**

By:     */s/ Zachary Best, Esq.*
        Tanya E. Moore
        Zachary Best
        Attorneys for Plaintiff, Hendrik Block

## ORDER

The court's November 2, 2015 pretrial scheduling order (Docket No. 17 ) is hereby modified and the deadlines and hearing/trial dates are reset as follows:

   a.  Expert Discovery Deadline: January 31, 2017
   b.  Dispositive Motion Hearing Deadline: June 20, 2017, at 9:30 a.m.

/////

1         c.  Pretrial Conference Deadline: August 28, 2017, at 1:30 p.m.

2         d.  Trial Date: October 24, 2017, at 8:30 a.m.

4 IT IS SO ORDERED.

5 Dated:   **December 22, 2016**             /s/ Dale A. Drozd

6                                         UNITED STATES DISTRICT JUDGE