UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, aka STARBUCKS COFFEE COMPANY, dba STARBUCKS STORE #7939;<br>MATHEWS AND ASSOCIATES-2, LLC,<br><br>Defendants. | No. 1:15-cv-00991-DAD-EPG<br><br>ORDER CONTINUING DEADLINE FOR SETTLEMENT CONFERENCE AND VACATING PRE-TRIAL AND TRIAL DATES<br><br>(Doc. No. 52) |

On July 5, 2017, the parties filed a joint stipulation seeking to continue the deadline for the holding of a settlement conference and vacate the pre-trial and trial dates. (Doc. No. 52.) At the hearing for the cross motions for summary judgment on June 20, 2017, the undersigned "ordered the parties to participate in a settlement conference before a magistrate judge within six weeks (i.e. August 1, 2017) . . . ." The undersigned also indicated that an order on the cross motions for summary judgment would not issue until after a settlement conference was held in this case. The court further "advised that it would permit the settlement conference to take place in Sacramento, rather than Fresno, should the parties so choose." (*Id.* at 1 (citing Doc. No. 50).) The parties subsequently agreed to have the settlement conference held in Sacramento, but were unable to agree on a date for that settlement conference within the required six week period. The

parties were thereafter provided additional dates by the court for a settlement conference to be held in Fresno. However, as of June 26, 2017, a family medical situation requires counsel for Starbucks to remain in the Sacramento, California area for the foreseeable future. Since there are no available settlement conference dates in Sacramento within the six week period, the parties have requested additional time to hold the settlement conference. The parties have stipulated that they are amenable to vacating the pre-trial and trial dates and resetting those dates after the settlement conference is held.

      Accordingly, for the reasons set forth above and pursuant to the parties' stipulation, the court:

1. Extends the deadline for the holding of a settlement conference to September 5, 2017 and directs the parties to coordinate a mutually agreeable date for that settlement conference before a magistrate judge in the Sacramento Division of this court; and
2. Vacates the previously scheduled pre-trial conference and trial dates in this action with those dates being re-scheduled if necessary following the settlement conference.

IT IS SO ORDERED.

Dated: **July 6, 2017**

_____
UNITED STATES DISTRICT JUDGE