1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HENDRICK BLOCK,                          No.  1:15-cv-00991-DAD-EPG

12              Plaintiff,

13        v.                                   ORDER REASSIGNING CASE TO
                                               MAGISTRATE JUDGE CAROLYN K.
14   STARBUCKS CORPORATION, aka                DELANEY
     STARBUCKS COFFEE COMPANY, dba
15   STARBUCKS STORE #7939 ,

16              Defendant.

17

18        The parties have recently engaged in a series of settlement conferences before Magistrate

19   Judge Carolyn K. Delaney.  (*See* Doc. Nos. 57, 60.)  Through those proceedings, the parties have

20   indicated their willingness to continue negotiations in earnest.  Reassignment of this case to

21   Magistrate Judge Delaney would therefore promote efficiency and economies for the parties and

22   conserve judicial resources.  The undersigned has further confirmed that the Chief Judge of this

23   District, the currently assigned magistrate judge, and Magistrate Judge Delaney have each

24   approved of this reassignment.  *See* Local Rules App. A(f).

25   /////

26   /////

27   /////

28   /////

1

1    Accordingly, good cause appearing, the court orders that the above-captioned action is

2  reassigned to Magistrate Judge Carolyn K. Delaney.  All documents filed in this action shall bear

3  the new case number:

4                                1:15-cv-00991-DAD-CKD

5  IT IS SO ORDERED.

6     Dated:    **October 3, 2017**

7                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28