Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Hendrik Block

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>  vs.<br><br>STARBUCKS CORPORATION,<br><br><br>    Defendant. | No.  1:15-cv-00991-DAD-CKD<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER** |

It is hereby stipulated between Plaintiff, Hendrik Block ("Block"), and Defendant, Starbucks Corporation ("Starbucks," and together with Block, collectively "the Parties"), by and through their respective counsel, as follows:

  1.  This matter be dismissed with prejudice in its entirety.

  2.  The Court, and specifically Magistrate Judge Carolyn K. Delaney, shall retain jurisdiction over this matter for the purpose of adjudicating Block's motion for attorneys' fees, costs, and litigation expenses ("Fees Motion").

  3.  Block shall have 45 days after the Court's entry of the Order dismissing this action within which to file his Fees Motion.

**IT IS SO STIPULATED**.

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Dated: January 24, 2018                     MISSION LAW FIRM, A.P.C.


                                            */s/ Zachary M. Best*
                                            Zachary M. Best
                                            Attorneys for Plaintiff
                                            Hendrick Block

Dated:  January 24, 2018                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                            */s/ Shane Singh*
                                            Shane Singh
                                            Attorneys for Defendant
                                            Starbucks Corporation

## **ORDER**

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1.      This matter is dismissed with prejudice in its entirety.

2.      The undersigned shall retain jurisdiction over this matter for the purpose of adjudicating Plaintiff Hendrik Block's motion for attorneys' fees, costs, and litigation expenses ("Fees Motion"), if any.

3.      Plaintiff Hendrik Block shall have 45 days after the entry of this Order within which to file his Fees Motion.


**IT IS SO ORDERED.**


Dated:  February 8, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE