1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, | No. 1:15-cv-00991-DAD-CKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL AND TO FILE REDACTED DOCUMENT** |
| vs. | |
| STARBUCKS CORPORATION, aka STARBUCKS COFFEE COMPANY, dba STARBUCKS STORE #7939, | |
| Defendant. | |

Having considered the unopposed Request of Plaintiff to file documents under seal and to permit the filing of his Memorandum of Points and Authorities in Support of his Motion for Attorneys' Fees, Costs, and Litigation Expenses with redactions for public filing, and having found that there is good cause to protect the confidentiality of the terms of the parties' settlement, the request is **GRANTED**.

**IT IS HEREBY ORDERED** as follows:

1. The Clerk of the Court is ordered to file the Settlement Agreement between the parties, submitted by Block, under seal in its entirety.

2. The Clerk of the Court is ordered to file Plaintiff's unredacted Memorandum of Points and Authorities in Support of his Motion for Attorneys' Fees, Costs, and Litigation Expenses under seal in its entirety.

3. Plaintiff shall publicly file the redacted Memorandum of Points and Authorities in Support of his Motion for Attorneys' Fees, Costs, and Litigation Expenses as provided to the Court in his Request.

4. The sealed documents shall remain sealed indefinitely, pending further order of this Court. Access to the documents shall only be permitted to Plaintiff, Hendrik Block, Defendant, Starbucks Corporation, their attorneys, and Court personnel as necessary.

**IT IS SO ORDERED.**

Dated: March 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL AND
TO REDACT PORTIONS OF PUBLICLY FILED DOCUMENT

Page 1