UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION, et al,<br><br>　　　　　Defendant. | No. 1:15-cv-00991-DAD-CKD<br><br><br><br>ORDER |

Presently pending before the court is plaintiff Hendrik Block's March 20, 2018 motion for attorney fees. (ECF No. 74.) Pursuant to the terms of the parties' March 19, 2018 settlement agreement, the settlement and portions of the parties' briefing on the pending motion were filed under seal. (See ECF No. 73.)

"All information provided to the Court in a specific action is presumptively public, but may be sealed in conformance with L.R. 141." E.D. Cal. L.R. 141.1(a)(1). Therefore, the terms of the settlement referenced by the parties in their briefing before the court are presumptively public information. The court does not discern any good cause why portions of this briefing should remain sealed. Moreover, the court has preliminarily concluded that it is necessary to disclose certain terms of the settlement in order to reach the merits of plaintiff's motion.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties have 14 days from the date of this order to submit a request to seal documents, pursuant to the Local Rules, explaining why the current briefing on plaintiff's motion for attorney fees (ECF Nos. 74, 78, 79) should remain partially sealed.

Dated: May 31, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/15-991.Block v. Starbucks.Discolusre Order